Adam Pennella, SBN 246260
Wolf, Pennella & Stevens, LLP
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Oscar Vargas

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br><br>OSCAR VARGAS,<br><br>  Defendant | Case No.: CR 14-70886 MAG<br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE BOND REVIEW HEARING AND ADOPT PRETRIAL'S RECOMMENDATION<br><br>Date: November 10, 2014<br>Time: 9:30 a.m.<br>Honorable Donna M. Ryu |

   The parties hereby stipulate and agree that the Bond Review Hearing, set for the above date and time, be vacated and taken off calendar.  The parties further agree that no such hearing is necessary, as the government is withdrawing its objection to Pretrial's recommendation dated October 9, 2014 (as reflected in the Court's Order dated October 10, 2014).  See ECF Doc. 74.

   By way of background, Mr. Vargas was released from custody on July 11, 2014 subject to the terms of a bond that was co-signed by his longtime girlfriend, Trisha Beal, and his parents.  As a term of release, he was ordered to attend and complete a residential substance abuse treatment program.  He completed that program on October 9, 2014.  Pretrial recommended that upon completion of the program, he return to live with Ms. Beal and attend outpatient substance abuse treatment.

Defense counsel represents to the Court the following information: (1) since October 9, 2014, Mr. Vargas has been living with Ms. Beal and has been referred to, and is currently attending, outpatient counseling addressing substance abuse issues; and (2) Mr. Vargas has also been voluntarily attending NA/AA meetings approximately six days per week since shortly after his completion of the residential treatment program.

As such, the parties do not believe a bond review hearing is necessary and jointly request that the Court adopt Pretrial's October 9, 2014 recommendation and vacate the hearing set for November 10, 2014. Pretrial Services Officer Tim Elder was notified of this request and has no objection to it.

SO STIPULATED:

Dated: November 7, 2014                                   _____/s/_____
                                                          Adam Pennella
                                                          Counsel for Oscar Vargas


Dated: November 7, 3014
                                                          MELINDA HAAG
                                                          UNITED STATES ATTORNEY


                                                          _____/s/_____
                                                          Katie Medearis
                                                          Assistant United States Attorney


SO ORDERED:

Dated: 11/7/14                                            _____
                                                          Honorable Donna M. Ryu
                                                          United States Magistrate Judge

STIPULATION AND PROPOSED ORDER                                                           2